UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE HOUSTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. GUTIERREZ, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-00735-JSW<br><br>**ORDER OF DISMISSAL** |

　　　　On February 4, 2022, Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983.  The same day, the Clerk notified Plaintiff that he needed to file an application to proceed in forma pauperis ("IFP") or pay the filing fee within 28 days.  The Clerk also mailed to Plaintiff the Court's IFP form, instructions for completing the form, and a stamped return envelope.  In the deficiency notice, Plaintiff was informed that the case would be dismissed if he did not file either pay the filing fee or file a completed IFP before the deadline.  No response has been received from Plaintiff.  Accordingly, this case is DISMISSED without prejudice.

　　　　The Clerk shall enter judgment and close the file.

　　　　**IT IS SO ORDERED.**

Dated: March 4, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　United States District Judge